# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BETH GALTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROYAL WAFFLE KING CORPORATION,<br><br>　　　Defendant. | CIVIL ACTION NO.:<br><br>1-21-cv-0080-WMR |

## DEFENDANT ROYAL WAFFLE KING CORPORATION'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Defendant Royal Waffle King Corporation ("Defendant"), submits the following Non-Opposition to Plaintiff's Motion for Leave to Amend Complaint. Plaintiff's Motion for Leave moves to correct "inadvertent factual inaccuracies occurring in [her] initial Complaint." Defendant does not oppose Plaintiff's Motion for Leave as it relates to corrections as written in Plaintiff's Proposed Amended Complaint attached thereto.

*[Signatures Appear on Following Page]*

Respectfully submitted this 24th day of May, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Racquel V. McGee*
JONATHAN D. GOINS
Georgia Bar No. 768593
RACQUEL V. MCGEE
Georgia Bar No. 206826

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308    *Counsel for Defendant*
404.348.8585 – Telephone
404.467-8845 – Facsimile
Jonathan.Goins@lewisbrisbois.com
Racquel.McGee@lewisbrisbois.com

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 5.1 and L.R. 7.1(D), the undersigned hereby certify that the foregoing was prepared using 14-point Times New Roman font.

Respectfully submitted this 24th day of May, 2021.

                                         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                         */s/ Racquel V. McGee*
                                         JONATHAN D. GOINS
                                         Georgia Bar No. 768593
                                         RACQUEL V. MCGEE

600 Peachtree Street, NE          Georgia Bar No. 206826
Suite 4700
Atlanta, Georgia 30308             *Counsel for Defendant*
404.348.8585 – Telephone
404.467-8845 – Facsimile
Jonathan.Goins@lewisbrisbois.com
Racquel.McGee@lewisbisbois.com

## CERTIFICATE OF SERVICE

This is to certify that we have this day filed the within and foregoing **DEFENDANT ROYAL WAFFLE KING CORPORATION'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** by electronically filing the same with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification to counsel for Plaintiff as follows:

Joel B. Rothman, Esq.
SRIPLAW, PLLC
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Joel.Rothman@sriplaw.com

Evan A. Andersen
EVAN ANDERSEN LAW, LLC
3495 Buckhead Loop NE
#260147
Atlanta, GA 30326
T: (404) 496-6606
evan@pixeliplaw.com

*Counsel for Plaintiff*

*[Signatures Appear on Following Page]*

Respectfully submitted this 24th day of May, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Racquel V. McGee*

| | |
|---|---|
| 600 Peachtree Street NE, | JONATHAN D. GOINS |
| Suite 4700 | Georgia Bar No. 768593 |
| Atlanta, Georgia 30308 | RACQUEL V. MCGEE |
| 404.348.8585 – Telephone | Georgia Ba No. 206826 |
| 404.467-8845 – Facsimile | |
| Jonathan.Goins@lewisbrisbois.com | *Counsel for Defendant* |
| Racquel.McGee@lewisbrisbois.com | |